Prohibition against CHARLES J. DRUHAN, Justice of the Supreme Court of the State of New York.— The proceedings before the justice in Long Island City were abortive and did not constitute a motion on the part of the plaintiff, Gertrude B. Mirick. This relegated the matter to the situation as it appeared at the time of the Kings county incident, when the plaintiff attempted to make and in effect made a motion to vacate an *ex parte* stay granted by the justice. The circumstances were then such that the failure of the justice to act amounted to a denial of the application. The stay theretofore granted by the justice should have been vacated forthwith upon the application made in Kings county as being without warrant in law. Under section 66 of the Civil Practice Act, this court accordingly does that which the Special Term should have done when the application was made in Kings county, and vacates the stay. An order of prohibition is, therefore, unnecessary. Present — Lazansky, P. J., Young, Kapper, Carswell and Scudder, JJ.

In the Matter of the Application of ROBERT J. SCHIERLOH, Respondent, for Mandamus Order against JOHN R. WOOD, as Building Inspector of the Village of Tuckahoe, N. Y., Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Kapper, Hagarty, Scudder and Tompkins, JJ.

WALTER S. KLEE, as Trustee, Respondent, v. CORNAGA AVENUE HOLDING CORPORATION, Appellant, and Others, Defendants.— Motion to dismiss appeal from order (1) denied upon condition that appellant perfect the appeal for the December term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Appeals from orders (2), (3) and (4) held in abeyance pending the determination of appeal from order (1). Present — Lazansky, P. J., Kapper, Hagarty, Scudder and Tompkins, JJ.

WALTER S. KLEE, as Trustee, Respondent, v. CORNAGA AVENUE HOLDING CORPORATION, Appellant, and Others, Defendants.— Motion for stay granted. Present — Lazansky, P. J., Kapper, Hagarty, Scudder and Tompkins, JJ.

MARTIN S. LINDGROVE, Respondent, v. SCHLUTER & COMPANY, INC., and Others, Appellants, and Others, Defendants.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted. The question to be certified is: Does the complaint state facts sufficient to constitute a cause of action? Present — Lazansky, P. J., Kapper, Hagarty, Scudder and Tompkins, JJ.

BEN MARKOWITZ, Appellant, v. GEO. M. MAYER and SYDNEY GOLDMAN, Copartners, etc., Respondents.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the January, 1931, term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Kapper, Hagarty, Scudder and Tompkins, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANGELO BASILE, Appellant.— Motion to enlarge time granted upon condition that appellant perfect the appeal for the February, 1931, term, for which term the case is ordered on the calendar. Present — Lazansky, P. J., Kapper, Hagarty, Scudder and Tompkins, JJ.

ANTON STRITTMATTER, Respondent, v. THE TRUSTEES OF THE SAILORS SNUG HARBOR IN THE CITY OF NEW YORK, Appellant.— Motion for reargument denied,